David D. Sohn, Esq. (SBN 221119)
david@sohnlegal.com
**SOHN LEGAL GROUP, P.C.**
275 Battery Street, Suite 200
San Francisco, California 94111
Telephone:	415-421-1300
Facsimile:	415-423-3455

Attorneys for Plaintiff
MARCEL SIELER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL SIELER, an individual,<br><br>             Plaintiff,<br><br>       v.<br><br>ATIEVA USA, INC. d/b/a LUCID MOTORS USA, INC., a California corporation; and DOES 1-20, inclusive,<br><br>             Defendants. | Case No. 4:17-cv-3152 DMR<br><br>**PLAINTIFF MARCEL SIELER'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Civ. Local Rule 3-15<br><br>Complaint Filed:  June 1, 2017<br>Trial Date:  None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Marcel Sieler ("Plaintiff") hereby submits his Certificate of Interested Entities or Persons pursuant to Civil Local Rule 3-15.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 16, 2017           SOHN LEGAL GROUP, P.C.


                               By: _____/s/ David D. Sohn_____
                                              DAVID D. SOHN

                               Attorneys for Plaintiff
                               MARCEL SIELER