**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
   Email: Joseph.Lordan@lewisbrisbois.com
CHINA WESTFALL, SB# 300982
   Email: China.Westfall@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for ATIEVA USA, INC. dba LUCID MOTORS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCEL SIELER, an individual, | CASE NO. 4:17-cv-03152-DMR |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| vs. | The Hon. Donna M. Ryu |
| ATIEVA USA, INC. dba LUCID MOTORS USA, INC., a California corporation; and DOES 1-20, inclusive, | Trial Date: None Set |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, Defendant ATIEVA USA, INC. dba LUCID MOTORS USA, INC. ("Lucid") discloses that it is a wholly owned subsidiary of Atieva Inc., a Cayman Island corporation. The following persons are directors and executive officers of Lucid who have a financial interest in Lucid: (a) <u>Board of Directors</u>: Bernard Tse, Steve Goldberg, Sam Weng, Dr. K.S. Lo, Tetsuya Daikoku, Hao Yi, Wu Guangze, Don Ye, Dongge Jiang; (b) <u>Officers</u>: Doug Haslam, Derek Jenkins, Henry Li, Sam Weng, and Peter Rawlinson.

1  DATED: June 30, 2017				LEWIS BRISBOIS BISGAARD & SMITH LLP

2

3						By:		/s/  *China Westfall*
4								Joseph R. Lordan
								China M. Westfall
5								Attorneys for ATIEVA USA, INC. dba LUCID MOTORS USA, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FEDERAL COURT CERTIFICATE OF SERVICE**
*Marcel Sieler v. Atieva USA, Inc. dba Lucid Motors USA, Inc.*
USDC – Northern District of California Case No.: 4:17-cv-03152-DMR

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 30, 2017, I served the following document(s):

**CERTIFICATE OF INTERESTED PARTIES**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| David D. Sohn, Esq.<br>SOHN LEGAL GROUP, P.C.<br>275 Battery Street, Suite 200<br>San Francisco, CA 94111<br>*Attorney for Plaintiff*<br>**MARCEL SIELER** | Tel: 415.421.1300<br>Fax: 415.423.3455<br>Email: david@sohnlegal.com |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 30, 2017, at San Francisco, California.

*Sharice Valenzuela*
Sharice Valenzuela