**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  Email: Joseph.Lordan@lewisbrisbois.com
CHINA WESTFALL, SB# 300982
  Email: China.Westfall@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for ATIEVA USA, INC. dba LUCID MOTORS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCEL SIELER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ATIEVA USA, INC. dba LUCID MOTORS USA, INC., a California corporation; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | CASE NO. 4:17-cv-03152-DMR<br><br>**[PROPOSED] STIPULATED ORDER RE DISCOVERY OF ELECTRONICALLY STORED INFORMATION FOR STANDARD LITIGATION**<br><br>The Hon. Donna M. Ryu<br><br>Trial Date:　　October 22, 2018 |

**1. PURPOSE**

This Order will govern discovery of electronically stored information ("ESI") in this case as a supplement to the Federal Rules of Civil Procedure, this Court's Guidelines for the Discovery of Electronically Stored Information, and any other applicable orders and rules.

**2. COOPERATION**

The parties are aware of the importance the Court places on cooperation and commit to cooperate in good faith throughout the matter consistent with this Court's Guidelines for the Discovery of ESI.

**3. LIAISON**

The parties have identified liaisons to each other who are and will be knowledgeable about and responsible for discussing their respective ESI. Each e-discovery liaison will be, or

1 have access to those who are, knowledgeable about the technical aspects of e-discovery,

2 including the location, nature, accessibility, format, collection, search methodologies, and

3 production of ESI in this matter. The parties will rely on the liaisons, as needed, to confer about

4 ESI and to help resolve disputes without court intervention.

**4. PRESERVATION**

The parties have discussed their preservation obligations and needs and agree that preservation of potentially relevant ESI will be reasonable and proportionate. To reduce the costs and burdens of preservation and to ensure proper ESI is preserved, the parties agree that:

(a) Only ESI created or sent/received between January 1, 2015 to present by Marcel Sieler, Steffen Jentsch, Max Klimke, Raymund Köhler, Sven Häeussler, Derek Jenkins, Alexander Girard, Thomas Fleuret, Peter Rawlinson, Joann Jung, Jared Strawderman, James Kim, Mark Gianassi, Shai Ron, Simon Tildesley, Doug Haslam, Chelsea Blake, Eric Bach, Hans-Christoph Eckstein, Wiebke Eckstein, Ralf Meyer-Wendt, Christopher Burton, Sheila Xu, and Andrea Consola will be preserved at this time;

(b) The parties shall add or remove custodians from the list above as reasonably necessary going forward;

(c) The parties agree to preserve the following types of ESI: emails; electronic documents/files (Word, Excel, Powerpoint, etc.); and work product generated by the Rhinoceros 3D, Grasshopper, Inkscape, Sketchup, and Catia software. Specific file types to be preserved include: .xls, .xlsx, .ppt, .pptx, .3dm (Rhinoceros 3D), .gh (Grasshopper), .svg (Inkscape), .eps, .png, .jpg, .jpeg, .doc, .docx, .pdf, .tiff, .skp (Sketchup), .catpart (Catia), .iges (Rhinoceros 3D), .step (Rhinoceros 3D), .stp (Rhinoceros 3D), .stl (Rhinoceros 3D);

(d) The parties agree not to preserve backup data created before January 1, 2015; and

(e) In addition to the agreements above, the parties agree data from the following sources (i) could contain relevant information, but (ii) under the proportionality factors, do not need to be preserved: ESI created or sent/received by current and former employees of Atieva USA, Inc. d/b/a Lucid Motors USA, Inc. other than the custodians listed in subsection 4(a), above, subject to any changes made pursuant to subsection 4(b), above.

**5. SEARCH**

The parties agree that in responding to any Fed. R. Civ. P. 34 request, they will meet and confer about the methods to search ESI including, but not limited to keyword search terms, in order to identify ESI that is subject to production in discovery and filter out ESI that is not subject to discovery.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4843-6954-6319.1        2        4:17-cv-03152-DMR
[PROPOSED] STIPULATED ORDER RE DISCOVERY OF ELECTRONICALLY STORED INFORMATION FOR STANDARD LITIGATION

## 6. PRODUCTION FORMATS

The parties agree to produce documents in ☑ PDF, ☐TIFF, ☑native or ☑paper or a combination thereof (check all that apply)] file formats. If particular documents warrant a different format, the parties will cooperate to arrange for the mutually acceptable production of such documents. The parties agree not to degrade the searchability of documents as part of the document production process.

## 7. PHASING

When a party propounds discovery requests pursuant to Fed. R. Civ. P. 34, where applicable, the parties agree to phase the production of ESI as reasonably needed. The initial production will be from the following sources and custodians: Peter Rawlinson, Eric Bach, Ralf Meyer-Wendt, Marcel Sieler, Steffen Jentsch, Derek Jenkins, Alexander Girard, Christopher Burton, Mark Gianassi, and Doug Haslam. Following the initial production, the parties will continue to prioritize the order of subsequent productions.

## 8. DOCUMENTS PROTECTED FROM DISCOVERY

(a) Pursuant to Fed. R. Evid. 502(d), the production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding. For example, the mere production of privileged or work-product-protected documents in this case as part of a mass production is not itself a waiver in this case or in any other federal or state proceeding.

(b) Communications involving trial counsel that post-date the filing of the complaint need not be placed on a privilege log. Communications may be identified on a privilege log by category, rather than individually, if appropriate.

## 9. MODIFICATION

This Stipulated Order may be modified by a Stipulated Order of the parties or by the Court for good cause shown.

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED**, through Counsel of Record.

DATED: September 14, 2017　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____*/s/ China M. Westfall*_____
　　Joseph R. Lordan
　　China M. Westfall
　　Attorneys for ATIEVA USA, INC. dba LUCID
　　MOTORS USA, INC.

DATED: September 14, 2017　　　　SOHN LEGAL GROUP, P.C.

By: _____*/s/ David Sohn*_____
　　David D. Sohn, Esq.
　　Attorneys for Plaintiff
　　MARCEL SIELER

**IT IS ORDERED** that the forgoing Agreement is approved.

DATED: September 19, 2017

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Donna M. Ryu*