**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  Email: Joseph.Lordan@lewisbrisbois.com
CHINA WESTFALL, SB# 300982
  Email: China.Westfall@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for ATIEVA USA, INC. dba LUCID
MOTORS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCEL SIELER, an individual,<br><br>                Plaintiff,<br><br>        vs.<br><br>ATIEVA USA, INC. dba LUCID MOTORS USA, INC., a California corporation; and DOES 1-20, inclusive,<br><br>                Defendants. | CASE NO. 4:17-cv-03152-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PAGA ALLEGATIONS FROM PLAINTIFF'S COMPLAINT**<br><br>Judge:   Hon. Donna M. Ryu<br>Date:    March 15, 2018<br>Time:    11:00 a.m.<br>Crtrm:   4<br><br>Trial Date:         October 22, 2018 |

Defendant ATIEVA USA, INC. dba LUCID MOTORS USA, INC. ("Defendant") Motion to Strike PAGA Allegations from Plaintiff's Complaint came on regularly for hearing on March 15, 2018, in Courtroom 4 of the above-entitled Court, the Donna M. Ryu presiding.  Plaintiff MARCEL SIELER ("Plaintiff") was represented by David D. Sohn, Esq., of Sohn Legal Group, P.C.  Defendant was represented by Joseph R. Lordan and China M. Westfall of Lewis Brisbois Bisgaard and Smith LLP.

After full consideration of the evidence submitted by the parties, including the pleadings, the Memorandum of Points and Authorities in Support thereof,  the Declaration of China Westfall, the Declaration of Doug Haslam and the Exhibits, the Request for Judicial Notice,  the opposition, Defendant's reply, and the papers and evidence on file with this Court, and oral arguments

4843-2228-0026.1

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S PAGA ALLEGATIONS

submitted thereto,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike PAGA Allegations from Plaintiff's First Amended Complaint is GRANTED in its Entirety.

These portions of Plaintiff's FAC are stricken because the maintenance of the asserted claims under the California Private Attorneys General Act, Cal. Labor Code sections 2698 *et seq.* ("PAGA"), which are premised on Defendant's alleged uniform misclassification of all exempt employees in non-management positions during the statute of limitations period, would be unmanageable.

DATED: _____ , 2018

_____

The Honorable Donna M. Ryu

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-2228-0026.1

2

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S PAGA ALLEGATIONS